UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID Q. WEBB,<br><br>            Plaintiff,<br><br>   v.<br><br>NAPHCARE, INC.,<br><br>            Defendant. | CASE NO. 3:21-cv-05761-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Clerk is DIRECTED to forward to the U.S. Marshal Service the instructions for service, a copy of the operative complaint, summons, and this Order. The U.S. Marshal Service shall serve these materials on Defendant NaphCare, Inc., **within thirty (30) days** of receipt from the Clerk.

MINUTE ORDER - 1

1 | Dated this 29th day of July 2022.

                                                Ravi Subramanian
                                                Clerk of the Court

                                                s/ Kadya Peter
                                                Deputy Clerk