UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID Q. WEBB,<br><br>        Plaintiff,<br><br>    v.<br><br>NAPHCARE, INC.,<br><br>        Defendant. | CASE NO. 3:21-cv-05761-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On September 22, 2022, Defendant Naphcare, Inc., filed a motion to stay discovery and extend pretrial deadlines. Dkt. No. 35. The pretrial deadlines have since passed, and, by Defendant's own admission, Plaintiff had not yet issued any discovery, so the request was "prophylactic in nature." *Id.* at 4. Further, the Court has stayed the case pending referral of this case to the Pro Bono Panel Screening

MINUTE ORDER - 1

Committee (Dkt. No. 48). Accordingly, the motion to stay discovery and extend pre-trial deadlines (Dkt. No. 35) is DENIED AS MOOT.

Dated this 7th day of November 2022.

          Ravi Subramanian
          Clerk of the Court

          s/ Kadya Peter
          Deputy Clerk