UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID Q. WEBB,<br><br>                Plaintiff,<br>  v.<br>NAPHCARE, INC.,<br><br>                Defendant. | CASE NO. 3:21-cv-05761-TL<br><br>ORDER REFERRING CASE<br>TO PRO BONO PANEL<br>FOR LIMITED PURPOSE |

This matter comes before the Court on Plaintiff David Q. Webb's second motion to appoint counsel (Dkt. No. 58). For the reasons stated in the Court's prior order of referral to the Pro Bono Panel (Dkt. No. 48), the Court will refer Plaintiff's case to the Pro Bono Panel Screening Committee for further review and possible appointment of *pro bono* counsel for the limited purpose of representing Plaintiff on the Motion to Dismiss only (Dkt. No. 33).

Accordingly, the Court ORDERS as follows:

(1) Under Section 3(c) of the district's pro bono plan, the Court DIRECTS the Clerk of Court to forward to the Screening Committee copies of the pleadings and documents

filed to date including the following: Plaintiff's *in forma pauperis* application (Dkt. No. 1), the order granting *in forma pauperis* status (Dkt. No. 9), the operative complaint (Dkt. No. 20), the briefing on and response to Defendant's Motion to Dismiss (Dkt. Nos. 33–34, 37–38, 45, 59–61), Plaintiff's Second Motion to Appoint Counsel (Dkt. No. 58), and the instant Order. See General Order No. 16-20, § 3(c).

(2) In light of the Court's referral of this case to the Pro Bono Panel Screening Committee, this matter—including the pending Motion to Dismiss (Dkt. No. 33), and the Motion for Sanctions (Dkt. No. 39)—will be STAYED pending consideration by the Screening Committee.

(3) The Screening Committee is DIRECTED to further review the case and recommend to the Court whether appointment of *pro bono* counsel is warranted per General Order No. 16-20 by no later than **June 16, 2023**.

(4) The Clerk is DIRECTED to re-note Plaintiff's Second Motion to Appoint Counsel (Dkt. No. 58) for June 16, 2023, pending the Screening Committee's recommendation.

(5) Plaintiff is REMINDED that the Motion to Dismiss remains pending and that referral to the Screening Committee does not guarantee that he will be provided *pro bono* counsel.

Dated this 18th day of May 2023.

Tana Lin
United States District Judge